HELEN B. KIM, CSB 138209
hkim@thompsoncoburn.com
ROWENA SANTOS, CSB 210185
rsantos@thompsoncoburn.com
THOMPSON COBURN LLP
2029 Century Park East, Suite 1900
Los Angeles, California 90067
Tel: 310.282.2500 / Fax: 310.282.2501

Attorneys for Defendant,
CHARTER COMMUNICATIONS, INC.

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERI BROWN, individually and on behalf of all other similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> CHARTER COMMUNICATIONS, INC. d/b/a SPECTRUM, and JOHN DOES 1-10, <br><br> Defendants. | CASE NO. 1:17-CV-00670-LJO-JLT <br><br> (Doc. 7) |

This Stipulation is entered into by and between the parties, plaintiff, TERI BROWN ("Plaintiff"), and defendant, CHARTER COMMUNICATIONS, INC. d/b/a SPECTRUM ("Defendant"), through their respective undersigned counsel based upon the following facts:

1. On July 3, 2017, Plaintiff served her Complaint filed in the United States District Court for the Eastern District of California, and the deadline by which Defendant is to respond to the Complaint is July 24, 2017;

2. Plaintiff and Defendant (collectively "Parties") agreed to extend the

time in which Defendant is to answer, move, or otherwise plead to the Complaint herein from July 24, 2017 to August 21, 2017;

    3.    No other extensions have been requested or ordered.

**IT IS HEREBY STIPULATED** by and between the Parties, through their respective undersigned counsel that Defendant shall have to and including August 21, 2017 in which to answer, move, or otherwise plead to the Complaint herein.

DATED: July 13, 2017      **THOMPSON COBURN LLP**

By: /s/ Rowena Santos
Helen B. Kim
Rowena Santos

*Attorneys for Defendant,*
*CHARTER COMMUNICATIONS, INC.*

DATED: July 12, 2017      **LAW OFFICES OF TODD M. FRIEDMAN, P.C.**

By: /s/ Todd M. Friedman
Todd M. Friedman
Adrian R. Bacon
Meghan E. George

*Attorneys for Plaintiff*

### [PROPOSED] ORDER

As noted in Local Rule 144(a)[1], no order of the Court is required related to "an initial stipulation extending time for no more than twenty-eight (28) days to respond to a complaint." However, because the parties submitted the proposed order with their stipulation (Doc. 7), the Court **GRANTS** that request.

IT IS SO ORDERED.

Dated: __July 13, 2017__      **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

---

[1] Counsel SHALL familiarize themselves with the Court's Local Rules.