HELEN B. KIM, CSB 138209
hkim@thompsoncoburn.com
ROWENA SANTOS, CSB 210185
rsantos@thompsoncoburn.com
THOMPSON COBURN LLP
2029 Century Park East, Suite 1900
Los Angeles, California 90067
Tel: 310.282.2500 / Fax: 310.282.2501

Attorneys for Defendant,
CHARTER COMMUNICATIONS, INC.

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERI BROWN, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC. d/b/a SPECTRUM, and JOHN DOES 1-10,<br><br>Defendants. | CASE NO. 1:17-CV-00670-LJO-JLT<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT FOR AN ADDITIONAL 10 DAYS; AND [~~PROPOSED~~] ORDER**<br><br>(Doc. 10) |

This Stipulation is entered into by and between the parties, plaintiff, TERI BROWN ("Plaintiff"), and defendant, CHARTER COMMUNICATIONS, INC. d/b/a SPECTRUM ("Defendant"), through their respective undersigned counsel based upon the following facts:

1. On July 3, 2017, Plaintiff served her Complaint filed in the United States District Court for the Eastern District of California, and the deadline by which Defendant is to respond to the Complaint was July 24, 2017;

2. On July 13, 2017, the Court approved Plaintiff and Defendant's (collectively "Parties") stipulation extending the time for Defendant to answer, move, or otherwise plead to the Complaint, allowing 28 additional days for such filing, making it due on or before August 21, 2017;

3. Defendant continues to investigate the background on this matter. However, this is taking time because it appears the account was disconnected in 2013, and it takes additional time to obtain historical account notes and information. This information is necessary to assess Plaintiff's allegations and possible defenses. Also, it has come to Defendant's attention in the investigation process that arbitration is potentially at issue. If the dispute should properly be in arbitration, the Parties will need to meet-and-confer and file the appropriate stipulations and/or motions. Based upon the foregoing, Defendant is in need of an additional 10 days extension to investigate the background of this case and to file its responsive pleading to Plaintiff's Complaint herein;

4. Accordingly, the Parties have agreed, subject to the Court's approval, that Defendant shall have an additional 10 days up to and including August 31, 2017, for the filing of its responsive pleading; and

5. Except as otherwise set forth herein, no other extensions have been requested or ordered.

**IT IS HEREBY STIPULATED** by and between the Parties, through their respective undersigned counsel that Defendant shall have to and including August 31, 2017 in which to answer, move, or otherwise plead to the Complaint herein.

///
///
///
///
///
///

| | | |
|---|---|---|
| DATED: August 17, 2017 | | **THOMPSON COBURN LLP** |
| | By: | /s/ Rowena Santos |
| | | Helen B. Kim |
| | | Rowena Santos |
| | | *Attorneys for Defendant,* |
| | | *CHARTER COMMUNICATIONS, INC.* |
| DATED: August 17, 2017 | | **LAW OFFICES OF TODD M. FRIEDMAN, P.C.** |
| | By: | /s/ Todd M. Friedman |
| | | Todd M. Friedman |
| | | Adrian R. Bacon |
| | | Meghan E. George |
| | | *Attorneys for Plaintiff* |

## [~~PROPOSED~~] ORDER

IT IS SO ORDERED.

Dated: **August 18, 2017**          **/s/ Jennifer L. Thurston**
                                                         UNITED STATES MAGISTRATE JUDGE