# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERI BROWN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC. d.b.a. SPECTRUM, and JOHN DOES 1-10,<br><br>Defendant. | Case No.: 1:17-cv-0670 - LJO - JLT<br><br>ORDER APPROVING THE STIPULATION FOR AN EXTENSION OF THE DEADLINE FOR DEFENDANT TO FILE ITS REPLY BRIEF<br><br>(Doc. 23) |

On November 9, 2017, the parties stipulated for Defendant to have a two-day extension of time to file its reply brief in support of the motion to compel arbitration and dismiss or stay the action. (Doc. 23) Good cause appearing, the Court **ORDERS**:

1. The stipulation of the parties for an extension (Doc. 23) is **APPROVED**; and
2. Defendant **SHALL** file and serve its reply brief on or before **November 15, 2017**.

IT IS SO ORDERED.

Dated: **November 11, 2017**                **/s/ Jennifer L. Thurston**
                                            UNITED STATES MAGISTRATE JUDGE

1