# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERI BROWN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>Defendant. | Case No.: 1:17-cv-00670 - LJO - JLT<br><br>ORDER CLOSING CASE<br><br>(Doc. 53) |

The parties have stipulated to dismiss the action with prejudice each side to bear their own fees and costs. (Doc. 53) The stipulation does not address the class members. Thus, the action as to the putative class is closed without prejudice to the refiling of the action.

The stipulation relies upon Fed.R.Civ.P. 41, which permits the plaintiff to dismiss an action without a court order "by filing . . . a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). Because all parties who have appeared in the action signed the stipulation (Doc. 79), it "automatically terminate[d] the action." *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is **DIRECTED** to close this action.

IT IS SO ORDERED.

Dated: __January 16, 2019__         __/s/ Jennifer L. Thurston__
                                                                     UNITED STATES MAGISTRATE JUDGE